| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) STAGG, TOM | 2. Court or Organization U.S. DISTRICT COURT-W.D.\LA | 3. Date of Report 04/30/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U S DISTRICT JUDGE-SR. STATUS | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial  ☑ Annual    ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address JUDGE TOM STAGG 300 FANNIN STREET, #4100 SHREVEPORT, LA 71101-3091 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bancorp South-Account | A | Interest | K | T | | | | | |
| 2. Merrill-Lynch Cash Accounts | A | Interest | K | T | | | | | |
| 3. Abbott Labs-Common Stock | B | Dividend | L | T | | | | | |
| 4. Altria Group-Common Stock | B | Dividend | K | T | Buy | 12/27/11 | K | | |
| 5. Baker Hughes-Common Stock | A | Dividend | K | T | Buy | 12/27/11 | K | | |
| 6. Blackrock Intermediate Municipal Fund CL A | E | Int./Div. | O | T | Buy | 11/04/11 | O | | |
| 7. Boeing Co-Common Stock | B | Dividend | L | T | Buy | 07/20/11 | L | | |
| 8. Caterpillar Inc-Common Stock | B | Dividend | L | T | Buy | 12/27/11 | L | | |
| 9. Centurylink Inc-Common Stock | C | Dividend | K | T | Buy | 12/27/11 | K | | |
| 10. Chesapeake Energy OKLA-Common Stock | A | Dividend | | | Sold | 07/11/11 | L | | |
| 11. Chevron/Texaco Corp. - Common Stock | D | Dividend | M | T | | | | | |
| 12. Cisco Systems, Inc.-Common Stock | A | Dividend | K | T | | | | | |
| 13. Coca Cola-Common Stock | B | Dividend | L | T | | | | | |
| 14. ConocoPhillips-Common Stock | C | Dividend | M | T | | | | | |
| 15. EMC Corporation - Common Stock | | None | L | T | | | | | |
| 16. El Paso Corporation-Common Stock | A | Dividend | L | T | | | | | |
| 17. Eli Lilly & C0-Common Stocke | B | Dividend | K | T | Buy | 12/27/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Emerson Electric Co. - Common Stock | B | Dividend | L | T | | | | | |
| 19. Exxon Mobil Corp. - Common Stock | C | Dividend | M | T | | | | | |
| 20. General Electric - Common Stock | B | Dividend | L | T | | | | | |
| 21. Health Care Select SPDR-Common Stock | A | Dividend | | | Sold | 07/12/11 | K | | |
| 22. INTEL Corp. - Common Stock | B | Dividend | K | T | | | | | |
| 23. Johnson and Johnson-Common Stock | B | Dividend | L | T | | | | | |
| 24. Lord Abbett Mutual Funds-Intermed Tax Free Fund A | E | Int./Div. | O | T | | | | | |
| 25. Lowe's Companies, Inc.-Common Stock | A | Dividend | K | T | | | | | |
| 26. Mainland Resouces-Common Stock | | None | | | Sold | 12/27/11 | J | | |
| 27. McDonalds Corp-Common Stock | C | Dividend | M | T | | | | | |
| 28. Microsoft Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 29. Oracle, Corp.$0.01-Common Stock | A | Dividend | K | T | | | | | |
| 30. Petrohawk Energy Corp-Common Stock | | None | | | Sold | 07/11/11 | K | C | |
| 31. Pfizer, Inc. - Common Stock | C | Dividend | L | T | | | | | |
| 32. Procter & Gamble Co-Common Stock | B | Dividend | L | T | | | | | |
| 33. Qualcomm, Inc. - Common Stock | B | Dividend | M | T | | | | | |
| 34. Schlumberger Ltd. - Common Stock | C | Dividend | M | T | Buy (add'l) | 12/27/11 | L | | . |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Sector SPDR Consmrs Stp- Common Stock | A | Dividend | | | Sold | 07/11/11 | K | B | |
| 36. Sector SPDR Energy-Common Stock | A | Dividend | | | Sold | 07/11/11 | L | | |
| 37. Sector SPDR Utilities-Common Stock | A | Dividend | | | Sold | 07/11/11 | K | C | |
| 38. Sempra Energy-Common Stock | A | Dividend | | | Sold | 07/13/11 | K | | |
| 39. SPDR S P Biotech-Common Stock | A | Dividend | | | Sold | 07/11/11 | L | D | |
| 40. Stemcells Inc. - Common Stock | | None | | | Sold | 12/27/11 | J | | |
| 41. Target Corp. - Common Stock | B | Dividend | L | T | | | | | |
| 42. Transocean, Ltd ZUG-Common Stock | D | Dividend | M | T | | | | | |
| 43. United Techs Corp-Common Stock | B | Dividend | L | T | Buy | 11/04/11 | L | | |
| 44. Wal-Mart Stores, Inc. - Common Stock | B | Dividend | L | T | | | | | |
| 45. Weatherford Intl LTD-Common Stock | | None | J | T | Buy | 12/27/11 | J | | |
| 46. Williams Companies- Common Stock | B | Dividend | L | T | | | | | |
| 47. Yum Brands Inc-Common Stock | B | Dividend | L | T | Buy | 12/27/11 | L | | |
| 48. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A.  VII. Investments and Trusts.

The listing of St. Vrain, LLC holdings listed on the 2010 Financial Disclosure Report (item 38 tru item 298) are not longer reportable. I gifted my interest in St Vrain, LLC

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ TOM STAGG**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544